# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 269 |
| | : | |
| APPOINTMENT TO THE APPELLATE | : | APPELLATE COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2017, the Honorable Anne E. Lazarus, Philadelphia, is hereby appointed as a member of the Appellate Court Procedural Committee for a term of three years, commencing July 1, 2017.